UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _7/9/09_

BARGAINS UNLIMITED N.V. d/b/a Joe's
Jewelry International,

                            Plaintiff,

                    -against-

BULGARI CORPORATION OF AMERICA
a/k/a BVLGARI,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:
:
:

09 Civ. 2034 (DLC) (AJP)

**ORDER RESCHEDULING
SETTLEMENT CONFERENCE**

**ANDREW J. PECK, United States Magistrate Judge:**

        The settlement conference originally scheduled for July 23, 2009 is rescheduled at the parties' request to **August 19, 2009 at 10:00 a.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.  Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference, as must a representative of the client's insurance company where the decision to settle and/or amount of settlement must be approved by the insurance company.

        On or before August 12, 2009 counsel shall provide a confidential settlement memorandum to my chambers, as described in my prior Order.

        SO ORDERED.

DATED:     New York, New York
           July 9, 2009

                                Andrew J. Peck
                                United States Magistrate Judge

Copies **by fax & ECF** to:    Steven Landy, Esq.
                             Erik M. Bashian, Esq.
                             Louis S. Ederer, Esq.
                             Judge Denise L. Cote

C:\ORD\